IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS V.M. LINGUANTI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, )<br>)<br>Defendant. ) | No. 1:07-cv-000678-RJL |

## ANSWER

### FIRST DEFENSE

Defendant is not withholding responsive documents in that it has not yet located any responsive documents; defendant's search for responsive documents is continuing.

### SECOND DEFENSE

To the extent that responsive documents are located, plaintiff is only entitled to responsive documents to which no FOIA exemptions apply.

### THIRD DEFENSE

Defendant may withhold any responsive documents that are exempt from disclosure pursuant to FOIA exemptions (b)(1) through (9).

### FOURTH DEFENSE

Plaintiffs are not entitled to costs or attorney's fees.

### FIFTH DEFENSE

Plaintiff is not entitled to any relief beyond that provided under the FOIA.

2483524.1

SIXTH DEFENSE

As its sixth defense, defendant responds to the enumerated allegations of the complaint as follows:

1. Admits the allegations in ¶ 1.

Jurisdiction and Venue

2. Denies the allegations in ¶ 2, except to admit that jurisdiction exists, if at all, under 5 U.S.C. § 552 and that venue is proper.

Parties

3. Admits that Thomas V.M. Linguanti is the plaintiff. The Internal Revenue Service lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in ¶ 3.

4. Admits the allegations of the first sentence of ¶ 4; lacks information or knowledge sufficient to admit or deny the allegations of the second sentence of ¶ 4.

Statutory Framework

5. Admits the allegations of ¶ 5.
6. Admits the allegations of ¶ 6.
7. Admits the allegations of ¶ 7.
8. Admits the allegations of ¶ 8.
9. Admits the allegations of ¶ 9.
10. Admits the allegations of ¶ 10.

## Plaintiff's FOIA Requests

11.     Admits the allegations of ¶ 11.

11.a.   Admits the allegations of ¶ 11.a.

11.b.   Admits the allegations of ¶ 11.b.

11.c.   Admits the allegations of ¶ 11.c.

11.d.   Admits the allegations of ¶ 11.d.

11.e.   Admits the allegations of ¶ 11.e.

12.     Admits the allegations of ¶ 12.

12.a.   Admits the allegations of ¶ 12.a.

12.b.   Admits the allegations of ¶ 12.b.

12.c.   Admits the allegations of ¶ 12.c.

12.d.   Admits the allegations of ¶ 12.d.

12.e.   Admits the allegations of ¶ 12.e.

13.     Admits the allegations of ¶ 13, except to deny plaintiff's construction and interpretation of 26 U.S.C. § 6103.

13.a.   Admits the allegations of ¶ 13.a.

13.b.   Admits the allegations of ¶ 13.b.

13.c.   Admits the allegations of ¶ 13.c.

13.d.   Admits the allegations of ¶ 13.d.

14.     Admits the allegations of ¶ 14.

14.a.   Admits the allegations of ¶ 14.a.

14.b.   Admits the allegations of ¶ 14.b.

14.c.   Admits the allegations of ¶ 14.c.

14.d.   Admits the allegations of ¶ 14.d.

15.   Admits the allegations of ¶ 15.

15.a.   Admits the allegations of ¶ 15.a.

15.b.   Admits the allegations of ¶ 15.b.

15.c.   Admits the allegations of ¶ 15.c.

15.d.   Admits the allegations of ¶ 15.d.

16.   Admits the allegations of ¶ 16.

16.a.   Admits the allegations of ¶ 16.a.

16.b.   Admits the allegations of ¶ 16.b.

16.c.   Admits the allegations of ¶ 16.c.

16.d.   Admits the allegations of ¶ 16.d.

Causes of Action

First Cause of Action

17.   Paragraph 17 reasserts and incorporates by reference ¶¶ 1-16; thus, no response is required.

18.   Admits that plaintiff properly requested records. The Internal Revenue Service lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in ¶ 18.

19. The Internal Revenue Service lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 19.

20. Denies the allegations in ¶ 20.

21. Admits that plaintiff has exhausted his administrative remedies. The Internal Revenue Service lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in ¶ 21.

## Second Cause of Action

22. Paragraph 22 reasserts and incorporates by reference ¶¶ 1-16; thus, no response is required.

23. Admits that plaintiff properly requested records. The Internal Revenue Service lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in ¶ 23.

24. The Internal Revenue Service lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 24.

25. Denies the allegations in ¶ 25.

## Prayer for Relief

This paragraph contains plaintiff's prayer for relief to which no response is required. To the extent a response is required, defendant denies the allegations contained in this paragraph.

WHEREFORE, defendant prays that this Court:

A. Dismiss this action with prejudice; and

2483524.1

B. Award such other and further relief as is just and proper in the circumstances.

Dated: May 29, 2007.

/s/ Jennifer L. Best
JENNIFER L. BEST
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0714
jennifer.best@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that the foregoing INTERNAL REVENUE SERVICE'S ANSWER was caused to be served this 25th day of May, 2007, by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

George M. Clarke, III
Baker & McKenzie LLP
815 Connecticut Ave. NW
Washington, DC 20006

/s/ Jennifer L. Best
JENNIFER L. BEST

2483524.1