**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                            )
**THOMAS V.M. LINGUANTI**            )
Baker & McKenzie LLP                       )
130 East Randolph Drive                     )
Chicago, Illinois 60601                         )
(312) 861-2623,                                     )
                                                            )
        **Plaintiff,**                        )
                                                            )
        v.                                           )   Civil Action No.   1:07-cv-00678
                                                            )
**INTERNAL REVENUE SERVICE**   )
1111 Constitution Avenue, NW          )
Washington, DC  20224,                      )
                                                            )
        **Defendant.**                       )
_____)

## JOINT STATUS REPORT

THE PARTIES submit this joint status report in the above captioned case pursuant to this Court's Case Management Order, dated April 17, 2007.  Plaintiff filed the Complaint in this case on April 16, 2007 in order to compel Defendant, the Internal Revenue Service ("Service"), to respond to various of Plaintiff's Freedom of Information Act ("FOIA") requests.  The Complaint alleges that the Service failed to substantively respond to those requests within the requisite time period (and reasonable extensions) and that no substantive progress had been made in locating the underlying records.  On May 29, 2007, the Service answered that it "is not withholding responsive documents in that it has not yet located any responsive documents" and that its search for responsive documents "is continuing."  (Answer at 1.)

As a FOIA case, this case is exempt from Local Civil Rule 16.3.  *See,* LCvR 16.3(b)(9). However, pursuant to the Case Management Order (at 2 n.1), the parties submit the following status report to inform the Court of the progress the parties have made in resolving this case and

2581833.1

to inform the Court of the need and timing for dispositive motions practice and other related matters.

THEREFORE, the parties respectfully state:

1. Counsel for Plaintiff and counsel for the Service have conferred in a good faith attempt to resolve the dispute that underlies this case.

2. Counsel for the Service has informed counsel for Plaintiff that the Service is in the process of searching its records for the materials requested by Plaintiff in his two FOIA requests dated August 9, 2006. The Service expects that this search will be completed by the end of June. The Service further expects that within four weeks of that search culminating, responsive and non-exempt from production materials will be provided to Plaintiff.

3. Shortly after the production referenced in ¶2, counsel for the Service expects to be in a position to represent that all relevant records have been searched for the materials requested in the FOIA requests dated August 9, 2006, that all responsive and non-exempt from production materials have been provided, and to provide specifics as to which of the various FOIA exemptions from production have been applied to the production.

4. Counsel are jointly of the view that, if counsel for the Service represents, with specifics, that all relevant records have been searched for the requested materials and if the Service provides the materials and information referenced in ¶2 (including the specifics as to the application of the various FOIA exemptions) as well as any other relevant information found in its search, the only item remaining in this action will be to determine the proper scope of the exemptions, if any, claimed by the Service. Such dispute likely will be susceptible to resolution by dispositive motions practice but, prior to both counsel being able to review and analyze the

2

production referenced in ¶2 and the claimed exemptions, it is difficult for counsel to propose a schedule for such dispositive motions practice.

5.  The Service has identified an issue about whether the documents requested in the four FOIA requests dated October 17, 2006, October 19, 2006, and October 31, 2006 are adequately described such that a professional employee of the Service familiar with the respective subject matters would be able to find documents responsive to the requests using a reasonable amount of effort and if they are sufficiently described, whether the responsive documents are retrievable or exempt from disclosure.  Plaintiff maintains that the requests do indeed adequately describe such materials, that the descriptions therein are consistent with the terminology used regularly by the Service in the relevant area of law, and that Plaintiff will provide whatever further explanation the Service requires, whether in writing or in person, upon request.  The parties are endeavoring to resolve, or at least define, their dispute as to these requests.

6.  Based on the foregoing, the parties are of the view that the Court should order the filing a joint status report on or about August 31, 2007 in which the parties can inform the Court of the progress made relative to the expectations set out above and, if appropriate, propose a schedule for the filing of dispositive motions.

WHEREFORE, the parties jointly submit the foregoing status report.

                Respectfully submitted,

/s/ George M. Clarke III       /s/ Jennifer L. Best
GEORGE M. CLARKE III      JENNIFER L. BEST
                Trial Attorney, Tax Division
Baker & McKenzie LLP       U.S. Department of Justice
815 Connecticut Avenue, N.W.    Post Office Box 227
Washington, D.C. 20006-4078    Washington, DC 20044
Phone: (202) 452-7000       Phone: (202) 307-0714
Fax: (202) 452-7074        Fax (202) 514-6866

                Of Counsel:

                JEFFREY A. TAYLOR
                United States Attorney

Date: June 29, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **THOMAS V.M. LINGUANTI** <br> Baker & McKenzie LLP <br> 130 East Randolph Drive <br> Chicago, Illinois 60601 <br> (312) 861-2623, <br><br> **Plaintiff,** <br><br> v. <br><br> **INTERNAL REVENUE SERVICE** <br> 1111 Constitution Avenue, NW <br> Washington, DC 20224, <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:07-cv-00678 |

## (PROPOSED) ORDER

Based on the Joint Status Report filed by the parties and for good cause shown, the Court hereby orders that the parties shall file a joint status report (or, if the parties cannot agree on a joint report, separate status reports) on or before August 31, 2007 informing the Court of: (i) Defendant's progress in providing responsive and non-exempt from production documents to Plaintiff in satisfaction of Plaintiff's Freedom of Information Action requests; (ii) counsel for the parties' progress in analyzing the completeness of Defendant's response and Plaintiff's position as to the propriety of the exemptions, if any, claimed by Defendant; (iii), if applicable, a proposed schedule for filing dispositive motions to resolve any remaining issues in this case; (iv) any other relevant matters.

SO ORDERED, this ___ day of ____, 2007

_____
RICHARD J. LEON
United States District Judge

2581833.1