UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS V.M. LINGUANTI**<br>Baker & McKenzie LLP<br>130 East Randolph Drive<br>Chicago, Illinois 60601<br>(312) 861-2623,<br><br>**Plaintiff,**<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**<br>1111 Constitution Avenue, NW<br>Washington, DC  20224,<br><br>**Defendant.** | Civil Action No.   1:07-cv-00678 |

## JOINT STATUS REPORT

THE PARTIES submit this joint status report in the above captioned case pursuant to the Court's Minute Order dated July 6, 2007.

THEREFORE, the parties respectfully state:

1. On August 1, 2007 Defendant produced to Plaintiff 225 pages of documents requested by Plaintiff in his two FOIA requests dated August 9, 2006.

2. Today, August 31, 2007, Defendant produced to Plaintiff a privilege log regarding the remaining four pages withheld based on FOIA exemptions.

3. The Service represents that all relevant records have been searched for the materials requested in the FOIA requests dated August 9, 2006 and that all responsive and non-exempt from production materials have been provided.

4. The only item remaining with respect to the August 9, 2006 requests is for Plaintiff to review the scope of the exemptions claimed by the Service with respect to the four

withheld pages. Counsel are hopeful that there will not be a dispute associated with the claimed exemptions, however, such dispute as does exist likely will be susceptible to resolution by dispositive motions practice. Prior to Plaintiff's counsel being able to analyze the claimed exemptions from the privilege log, which Plaintiff's counsel received just received today, it is difficult for counsel to propose a schedule for any such dispositive motions practice that may be necessary.

5.     A conference call was held between Plaintiff's counsel, Defendant's counsel, and an Internal Revenue Service attorney regarding the documents requested in the four remaining FOIA requests that are the subject of this action. During that call the parties discussed Defendant's position regarding the scope of the FOIA requests. The Service has undertaken a search for responsive materials based on that position. The Service estimates that it will take until October 5, 2007 to receive the responsive documents and additional time is needed to review, produce and send the responsive documents to Plaintiff as well as to create any necessary privilege log. Defendant estimates that the product of these efforts should be provided to Plaintiff by October 31, 2007.

6.     Based on the foregoing, the parties are of the view that the Court should order the filing of a joint status report on or about November 30, 2007 in which the parties can inform the Court of the progress made relative to the expectations set out above and, if appropriate, propose a schedule for the filing of dispositive motions.

WHEREFORE, the parties jointly submit the foregoing status report.

                                              Respectfully submitted,

| /s/ George M. Clarke III | /s/ Jennifer L. Best |
|---|---|
| GEORGE M. CLARKE III | JENNIFER L. BEST |
|  | Trial Attorney, Tax Division |
| Baker & McKenzie LLP | U.S. Department of Justice |
| 815 Connecticut Avenue, N.W. | Post Office Box 227 |
| Washington, D.C.  20006-4078 | Washington, DC  20044 |
| Phone: (202) 452-7000 | Phone: (202) 307-0714 |
| Fax: (202) 452-7074 | Fax (202) 514-6866 |

Of Counsel:

JEFFREY A. TAYLOR
United States Attorney

Date:  August 31, 2007

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **THOMAS V.M. LINGUANTI**<br>Baker & McKenzie LLP<br>130 East Randolph Drive<br>Chicago, Illinois 60601<br>(312) 861-2623,<br><br>            **Plaintiff,**<br><br>       v.<br><br>**INTERNAL REVENUE SERVICE**<br>1111 Constitution Avenue, NW<br>Washington, DC  20224,<br><br>            **Defendant.** | Civil Action No.   1:07-cv-00678 |

**(PROPOSED) ORDER**

Based on the Joint Status Report filed by the parties and for good cause shown, the Court hereby orders that the parties shall file a joint status report (or, if the parties cannot agree on a joint report, separate status reports) on or before November 30, 2007 informing the Court of: (i) Defendant's progress in providing responsive and non-exempt from production documents to Plaintiff in satisfaction of Plaintiff's Freedom of Information Action requests; (ii) counsel for the parties' progress in analyzing the completeness of Defendant's response and Plaintiff's position as to the propriety of the exemptions claimed by Defendant; (iii), if applicable, a proposed schedule for filing dispositive motions to resolve any remaining issues in this case; (iv) any other relevant matters.

    SO ORDERED, this ___ day of ____, 2007

                                                                          _____
                                                                          RICHARD J. LEON
                                                                          United States District Judge