UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS V.M. LINGUANTI**<br>Baker & McKenzie LLP<br>130 East Randolph Drive<br>Chicago, Illinois 60601<br>(312) 861-2623,<br><br>       **Plaintiff,**<br><br>       v.<br><br>**INTERNAL REVENUE SERVICE**<br>1111 Constitution Avenue, NW<br>Washington, DC  20224,<br><br>       **Defendant.** | Civil Action No.  1:07-cv-00678 |

**JOINT STATUS REPORT**

THE PARTIES submit this joint status report in the above captioned case pursuant to the Court's Minute Order, dated September 7, 2007.

THEREFORE, the parties respectfully state:

1. Yesterday, November 29, 2007, Defendant produced to Plaintiff: (i) a letter representing what files have been searched relating to the four remaining FOIA requests at issue; and (ii) seven pages of materials responsive to those FOIA requests.

2. Counsel for Plaintiff has not had sufficient time to analyze the representations made by Defendant or the responsive materials in order to form a view of how to proceed in this matter.

3. Counsel for Plaintiff has now analyzed the FOIA exemptions claimed by Defendant in its previous production (referenced in the Joint Status Report, dated August 31, 2007) and has determined not to challenge the propriety of those exemptions.

2

4.	Based on the foregoing, the parties are of the view that the Court should order the filing of a joint status report on or about January 31, 2008 in which the parties can inform the Court of the progress made relative to the expectations set out above and, if appropriate, propose a schedule for the filing of dispositive motions.

WHEREFORE, the parties jointly submit the foregoing status report.

Respectfully submitted,

/s/ George M. Clarke III
GEORGE M. CLARKE III

Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006-4078
Phone: (202) 452-7000
Fax: (202) 452-7074

/s/ Jennifer L. Best
JENNIFER L. BEST
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Phone: (202) 307-0714
Fax (202) 514-6866

Of Counsel:

JEFFREY A. TAYLOR
United States Attorney

Date: November 30, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **THOMAS V.M. LINGUANTI**<br>Baker & McKenzie LLP<br>130 East Randolph Drive<br>Chicago, Illinois 60601<br>(312) 861-2623,<br><br>         **Plaintiff,**<br><br>    v.<br><br>**INTERNAL REVENUE SERVICE**<br>1111 Constitution Avenue, NW<br>Washington, DC  20224,<br><br>         **Defendant.** | Civil Action No.   1:07-cv-00678 |

### (PROPOSED) ORDER

Based on the Joint Status Report filed by the parties and for good cause shown, the Court hereby orders that the parties shall file a joint status report (or, if the parties cannot agree on a joint report, separate status reports) on or before January 31, 2008 informing the Court of: (i) counsel for the parties' progress in analyzing the completeness of Defendant's latest response; (ii) if applicable, a proposed schedule for filing dispositive motions to resolve any remaining issues in this case; and (iii) any other relevant matters.

     SO ORDERED, this ___ day of ____, 2007

_____
RICHARD J. LEON
United States District Judge