# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **THOMAS V.M. LINGUANTI**<br>Baker & McKenzie LLP<br>130 East Randolph Drive<br>Chicago, Illinois 60601<br>(312) 861-2623,<br><br>    **Plaintiff,**<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**<br>1111 Constitution Avenue, NW<br>Washington, DC  20224,<br><br>    **Defendant.** | Civil Action No.  1:07-cv-00678 |

## PLAINTIFF'S STIPULATION OF VOLUNTARY DISMISSAL OF COMPLAINT

Plaintiff, Thomas V.M. Linguanti, pursuant to Fed. R. Civ. P. Rule 41(a)(1) hereby dismisses all causes of action alleged in the Complaint against Defendant, the Internal Revenue Service with the following stipulations.

1. On April 16, 2007, Plaintiff filed a complaint against the Internal Revenue Service in this Freedom of Information Act disclosure matter.

2. Since that date, counsel for Defendant, the Internal Revenue Service, has provided Plaintiff with several tranches of responsive material.  Specifically: (i) in August 2007, counsel for the IRS provided approximately 275 pages of materials (later providing a privilege log with respect to withheld materials); and (ii) in November 2007, counsel for the IRS provided a final response, confirming that the IRS had finished the review of the relevant files and had provided

Plaintiff with all responsive documents that were not privileged or otherwise protected from disclosure under the relevant statutory protections of FOIA and the Internal Revenue Code.

    3.    Given the provision of materials to-date and the representation that no further responsive and non-protected materials exist in the files of the IRS, Plaintiff hereby stipulates to the voluntary dismissal of this case.[1]

Respectfully submitted,

/s/ George M. Clarke III_____  
GEORGE M. CLARKE III

Baker & McKenzie LLP  
815 Connecticut Avenue, N.W.  
Washington, D.C. 20006-4078  
Phone: (202) 452-7000  
Fax: (202) 452-7074

/s/ Jennifer L. Best_____  
JENNIFER L. BEST  
Trial Attorney, Tax Division  
U.S. Department of Justice  
Post Office Box 227  
Washington, DC 20044  
Phone: (202) 307-0714  
Fax (202) 514-6866

Of Counsel:

JEFFREY A. TAYLOR  
United States Attorney

Dated: January 16, 2008

---

[1] Because Defendant has submitted an answer to the complaint, the signature of counsel for Defendant is included in this stipulation as required by Fed. R. Civ. P. Rule 41(a)(1)(ii). Counsel for Defendant expressly authorized counsel for Plaintiff to file this stipulation with her electronic signature.